**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**

**Kenneth Willliam Montgomery**

**DEBTOR(S)**                                            **CASE NUMBER:  21-20496**
                                                         **CHAPTER 13**

**OBJECTION TO MOTION FOR RELIEF FROM STAY**

Beverly M. Burden, Chapter 13 Trustee, objects to the Motion for Relief from Stay pursuant to Bankruptcy Rule 4001 [DOC# 30] filed by Medallion Bank on the following grounds:

- The Trustee is unable to determine whether or not there is non-exempt equity in the 2004 FLEETWOOD BOUNDER 35R - VIN 5B4MP67G743383044 because the 341 meeting of creditors has not been held.

- The Trustee has not been provided with a copy of the title for the 2004 FLEETWOOD BOUNDER 35R - VIN 5B4MP67G743383044.

WHEREFORE, the Trustee requests the Motion for Relief from Stay be overruled.

By:   /s/ Beverly M. Burden
      Beverly M. Burden, Chapter 13 Trustee
      KY Bar ID:  09330
      P.O. Box 2204
      Lexington, KY 40588-2204
      (859) 233-1527
      notices@ch13edky.com

**NOTICE OF HEARING**

Notice is hereby given of this Objection to Medallion Bank's Motion for Relief from Stay pursuant to Bankruptcy Rule 4001. A hearing will be held on September 14, 2021 at 10:00 a.m. at the U.S. Bankruptcy Court, U.S. Bankruptcy Court, United States Courthouse, 35 West 5th Street, Suite 306, Covington, KY 41011.

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was mailed on August 5, 2021 to the following persons and addresses:

Molly Slutsky Simons, via ECF
Attorney for Medallion Bank

Ron W. Adams, via ECF
Attorney for the Debtor(s)

By:   /s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
KY Bar ID: 09330
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com